In the Matter of IRVING V. A. HUIE et al., Constituting the Board of Water Supply of the City of New York, Relative to Acquiring Title to Real Property in the County of Sullivan. FIRE COMMISSIONERS OF WOODBOURNE FIRE DISTRICT et al., Respondents; CITY OF NEW YORK, Appellant.—

628

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.